# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARLEN REZA, | ) | 3:06-CV-211-BES (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 6, 2006 |
| IGT, a Nevada corporation, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI        REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Statement Regarding Status of the Case and Plaintiff's Request for Additional Time to Comply with Rule 26 and Submission of Discovery Plan (Doc. #15).

The Early Neutral Evaluation Session scheduled for **June 13, 2006, at 1:30 p.m.** is **VACATED**.

Plaintiff will be given to and including **July 7, 2006**, to retain counsel in this matter. The Rule 26 conference will be held no later than **July 14, 2006**, with or without counsel, and the Discovery Plan and Scheduling Order shall be submitted to the court no later than **July 28, 2006**.

The Early Neutral Evaluation Session is rescheduled for **Tuesday, August 1, 2006, at 9:00 a.m.** The prior Order Scheduling Early Neutral Evaluation Session (Doc. #7) remains in effect.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk